**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BURLAP AND BARREL, INC., and COLLECTIVE HOROLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection,<br><br>Defendants. | **Court No. 26-03345** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Jennifer Choe-Groves, Judge Timothy M. Reif, and Judge Lisa W. Wang.

/s/ Mark A. Barnett
Mark A. Barnett
Chief Judge

Dated: August 5, 2026