# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **IN RE SECTION 301 FORCED LABOR CASES** | **Before: Jennifer Choe-Groves, Judge<br>Timothy M. Reif, Judge<br>Lisa W. Wang, Judge**<br><br>**Court No. 26-cv-03555-3JP** |

## STANDARD PROCEDURAL ORDER NO. 26-02

Upon consideration of the Joint Response to the Court's Standard Procedural and Scheduling Order No. 26-01, ECF No. 14, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Learning Resources, Inc. et al. v. United States of America et al. (Court No. 1:26-cv-03347-3JP), shall serve as the sample case for purposes of the Court's initial consideration and resolution of the plaintiffs' claims; and it is further

**ORDERED** that all other Section 301 Forced Labor Cases (as defined in Standard Procedural and Scheduling Order No. 26-01, ECF No. 1, and, as noted therein, inclusive of similar cases subsequently assigned to this panel) are hereby stayed; and it is further

**ORDERED** that any party seeking to lift the stay on any Section 301 Forced Labor Case must consult with the other parties to that case and with Plaintiffs' Steering Committee at least three days in advance of filing a motion with this Court to lift the stay. The moving party must provide good cause for the Court to depart from the case management procedures; and it is further

**ORDERED** that the Court appoints a Plaintiffs' Steering Committee, with responsibilities as prescribed in Standard Procedural and Scheduling Order No. 26-01, ECF No. 1, consisting of the following counsel:

| | **Counsel** | **Firm/Organization** |
|---|---|---|
| 1. | Pratik Shah | Akin Gump Strauss Hauer & Feld, LLP (Washington, D.C.) |
| 2. | Jeffrey Schwab | Liberty Justice Center (Washington, D.C.) |
| 3. | Brian Simmonds Marshall | Oregon Department of Justice (Portland, OR) |
| 4. | Josh Bendor | Arizona Attorney General's Office (Phoenix, AZ) |
| 5. | Shiwon Choe | California Attorney General's Office (San Francisco, CA) |

Dated: August 19, 2026
New York, New York

/s/ Jennifer Choe-Groves
Judge Jennifer Choe-Groves

/s/ Timothy M. Reif
Judge Timothy M. Reif

/s/ Lisa W. Wang
Judge Lisa W. Wang